

February 28, 2023

**VIA CM/ECF**

Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      RE:    <u>Lakehal-Ayat v. St. John Fisher College, et al.; 18-CV-6916</u>

Dear Judge Roemer:

      The Glennon Law Firm, P.C. represents Plaintiff Merouane Lakehal-Ayat ("Plaintiff") in this matter. I am writing to request a six-month extension of the deadlines in the current scheduling order, including the upcoming March 1 deadline to file motions to compel. *See* Text Order issued December 16, 2022 (Dkt. 59). Counsel for the defendants also joins in this request.

      The parties are considering the possibility of mediation and settlement discussions at this juncture. To afford the parties' ample time to conduct these discussions, as well as to schedule and complete depositions in the event these discussions are unproductive, the parties believe that a six-month adjournment of the current deadlines is appropriate in the circumstances.

      Accordingly, we respectfully request that all deadlines in the current Amended Scheduling Order (Dkt. 59) be extended by six months. This is the seventh request overall by either party for an extension of time in this matter.

      Should this request meet the Court's approval, a "So Ordered" line is provided below for the Court's convenience.

      Respectfully submitted,

      ***/s/ Stephanie B. Hoffmann***

      Stephanie B. Hoffmann

cc: Stephen J. Jones, Esq. (counsel for Defendants)

Hon. Michael J. Roemer
Lakehal-Ayat v. St. John Fisher College, et al.; 18-CV-6916
February 28, 2023
Page 2

**SO ORDERED:**

_____
Honorable Michael J. Roemer

ENTER: _____, 2023